# UNITED STATES DISTRICT COURT
Southern District of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

W. Samuel Hamrick, Jr.
Clerk of Court

BY_____DEPUTY



February 4, 2008

Office of the Clerk
Eastern District of California
501 I Street, Suite 4-200
Sacramento, CA 95814

Re: Turner vs. Yates, Case No. 08cv181-IEG(LSP)

Dear Sir or Madam:

Pursuant to Order transferring the above-entitled action to your District, we are transmitting herewith our entire original file (excepting said Order).

Enclosed are a certified copy of our Docket and of the Order transferring the action, the originals of which we are retaining.

Please acknowledge receipt on the copy of this letter and return. Thank you.

Sincerely yours,

W. Samuel Hamrick, Jr.
Clerk of Court

By: J. HASLAM
   J. Haslam, Deputy

Copy to Attorney for Plaintiffs:
Copy to Attorney for Defendants:

RECEIVED ITEMS DESCRIBED
THIS DATE OF  2/7/08
AND ASSIGNED CASE NUMBER  08cv297 LKK KJM

_____ CLERK, U.S. DISTRICT COURT
By: _____, Deputy